**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. **05-CV-1391** ~~OES~~

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2005

GREGORY C. LANGHAM
CLERK

BENAD ABIODUN,

    Applicant,

v.

MARIO R. ORTIZ, DHS, BCIS,
MAURER DOUGLAS, DHS, BICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Benad Abiodun has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254.  The Application is in proper form.  Therefore,

the clerk of the court will be directed to commence a civil action.  Applicant also has

tendered the $5.00 filing fee.  The clerk of the court will be directed to mail to the

applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing

fee.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _22nd_ day of _July_ _____, 2005.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05 - CV - 1391**

Benad Abiodun
Prisoner No. G4066
Aurora/ I.C.E. Processing Center
11901 E. 30th Ave.
Aurora, CO 80010-1525

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   7-25-05

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk